FILED
CHARLOTTE, N. C.

NOV 20 2000

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| ELTRON INTERNATIONAL, INC., | ) | |
| | ) | Civil Action No. 3:00 CV 447 ~~MCK~~ *mj* |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **REPLY TO COUNTERCLAIMS** |
| MAGNACOLOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, ELTRON INTERNATIONAL, INC., through its undersigned counsel, hereby makes its reply to the counterclaims of Defendant, MAGNACOLOR, INC., as follows:

### First Counterclaim

14. Plaintiff denies the allegations of ¶ 14 of the first counterclaim.

15. Plaintiff denies the allegations of ¶ 15 of the first counterclaim.

### Second Counterclaim

16. Plaintiff denies the allegations of ¶ 16 of the second counterclaim.

17. Plaintiff denies the allegations of ¶ 17 of the second counterclaim.



WHEREFORE, Plaintiff denies that Defendant is entitled to any relief whatsoever and requests that this Court dismiss the Counterclaims with prejudice.

Respectfully submitted,

SEYFARTH SHAW

*[signature]*
Harold V. Stotland
J. Terry Stratman

55 East Monroe Street, Suite 4200
Chicago, Illinois 60603-5803
312-346-8000
312-269-8869 Fax

HAYNSWORTH BALDWIN
JOHNSON & GREAVES LLC

*[signature]*
James B. Spears, Jr.
N.C. Bar No. 05843

*[signature]*
Jerry H. Walters, Jr.
N.C. Bar No. 23319

Federal Plaza Building
400 West Trade Street
Charlotte, NC 28202
704-342-2588
704-342-4379 Fax
*Counsel for Plaintiff*

10184454.1

2

## Certificate of Service

I hereby certify that on <u>November 20, 2000</u>, a copy of the foregoing, Reply to Counterclaims was served on Defendant by sending a copy by first class mail, postage prepaid, to:

>Marcus A. Manos, Esq.
>Nexsen, Pruet, Jacobs & Pollard, LLP
>1441 Main Street, Suite 1500
>Post Office Drawer 2426
>Columbia, South Carolina 29202
>
>Oscar A. "Chip" Towler III, Esq.
>Nexsen, Pruet, Jacobs & Pollard, LLP
>201 West McBee Avenue, Suite 400
>Post Office Drawer 10648
>Greenville, South Carolina 29603-0648

HAYNSWORTH BALDWIN JOHNSON & GREAVES LLC

*Candy Lake*
Candy Lake
Legal Secretary

400 West Trade Street
Charlotte, NC 28202
704/342-2588